IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LONNY LYSAK,                          :
          Petitioner,               :
                        :        1:18-cv-1899
         v.                          :
                        :        Hon. John E. Jones III
MICHAEL CLARK, PA STATE              :
ATTORNEY GENERAL,                    :
          Respondents.              :

## ORDER

**November 16, 2018**

NOW THEREFORE, upon consideration of petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

2.    There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

3.    The Clerk of Court is directed to CLOSE this case.


                      s/ John E. Jones III
                      John E. Jones III
                      United States District Judge